UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY CASH MCDOWELL,

Plaintiff,

v.

TREVOR MURPHY,

Defendant.

Case No. 23-cv-02971 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, who is currently confined at the San Francisco County Jail, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Sheriff Deputy Trevor Murphy of the San Francisco County Sheriff's Department. Dkt. No. 1. On October 30, 2023, the Court screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days of the order, and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim. *Id.* at 5.

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is DISMISSED with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: ___December 7, 2023____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.23\02971McDowell_dism(no-amend)

2