UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CASH MCDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR MURPHY,<br><br>Defendant. | Case No. 23-cv-02971 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __December 7, 2023_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\02971McDowell_judgment